UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. 1:10-cr-00138-SEB-DKL |
| | ) | |
| JEANETTE MCFARLAND, | ) | |
| | ) | |
| Defendant. | ) | |

## Order Adopting Report And Recommendation

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation that Jeanette McFarland's supervised release be modified, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. For a period of time up to 6 months, the Defendant will reside at the Volunteers of America ("VoA"), where she will follow all rules given to her by the VoA and U.S. Probation. While at the VoA, Ms. McFarland is required to participate in all in-patient drug treatment programs recommenced by the VoA and/or U.S. Probation.

2. The Defendant must register for and attend spring 2013 classes at Indiana University Purdue University Indianapolis ("IUPUI").

3. While residing at the VoA, Ms. McFarland must also begin planning for her release by following up with: (a) Living Pathways to schedule subsequent out-patient therapy sessions; and (b) her current therapist to schedule additional sessions.

4.   Ms. McFarland's term of supervised release shall continue until February 15, 2013, as previously imposed, when she will be released from the VoA. Prior to that date, U.S. Probation may file a petition with the Court to extend Ms. McFarland's term of supervised release, which the Court will consider.

Date:   10/31/2012

*[signature]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record